Nada I. Shamonki (SBN 205359)
NIShamonki@mintz.com
Nadia A. Zivkov (SBN 342509)
NAZivkov@mintz.com
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

Attorneys for Defendant Bellesa Enterprises US Inc.

[*Additional Counsel on Next Page*]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

D.B. and B.S., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

BELLESA ENTERPRISES US, INC.,

Defendant.

Case No. 2:25-cv-05099-JAK-MAR

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**

Assigned to the Hon. John A. Kronstadt

Hearing
Date: October 20, 2025
Time: 8:30 a.m.
Location: 350 W. First Street
Courtroom 10C, 10th Floor
Los Angeles, CA 90012

Complaint filed: June 5, 2025
Trial set: not set

Christopher A. Lisy (admitted *Pro Hac Vice*)
CALisy@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

Attorneys for Defendant Bellesa Enterprises US Inc.

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on October 20, 2025, at 8:30 a.m., or as soon thereafter as the matter may be heard, before the Honorable John A. Kronstadt, in Courtroom 10C of the First Street Courthouse, located at 350 W. First Street, 10th Floor, Los Angeles, California 90012, Defendant Bellesa Enterprises US Inc. will and hereby does move the Court for an order dismissing Plaintiffs D.B. and B.S.'s Complaint (ECF No. 1) in its entirety for lack of jurisdiction, or in the alternative dismissing the Complaint for failure to state a claim.

This Motion is made pursuant to the Federal Rules of Civil Procedure Rules 8(a), 12(b)(2), and 12(b)(6). Defendant brings this Motion on the grounds that this Court lacks personal jurisdiction over Defendant. This case should also be dismissed because Plaintiffs fail to state any claim upon which relief can be granted.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on July 28, 2025. *See* Lisy Decl. ¶ 6. This Motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the Declaration of Allison Elman; the Declaration of Christopher A. Lisy and the exhibits thereto; the Request for Judicial Notice; all pleadings, papers, and records in this action; and upon such oral and documentary evidence or argument as may be presented at or before any hearing of this Motion.

DATED: August 4, 2025

Respectfully submitted,

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.

By: */s/ Christopher A. Lisy*
Christopher A. Lisy (admitted *Pro Hac Vice*)
Nada I. Shamonki
Nadia A. Zivkov

*Attorneys for Defendant*
*Bellesa Enterprises US, Inc.*