Daniel Srourian (SBN 285678)
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Dr.
Suite 200
Beverly Hills, CA 90210
P: (213) 474-3800
E: daniel@slfla.com

Tyler J. Bean*
Sonjay C. Singh*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: tbean@sirillp.com
E: ssingh@sirillp.com
*pro hac vice admission anticipated*

*Attorneys for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.B. and B.S., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BELLESA ENTERPRISES US, INC,<br><br>Defendant. | No. 2:25-cv-05099<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED PSEUDONYMOUSLY |

Before the Court is Plaintiffs' Motion to Proceed Pseudonymously. Service has not yet been obtained with respect to the Defendants. As a result, counsel for the Plaintiff has been unable to confer with counsel for Defendants and obtain their position with respect to this Motion.

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED PSEUDONYMOUSLY

1  Having considered the matter, and deeming it proper and just to do so, the Motion

2  shall be and hereby is GRANTED. Plaintiffs may proceed herein under the pseudonyms

3  set forth in their motion without prejudice to the Defendants

5  DATED this 2 day of September, 2025,

_____

Margo A. Rocconi

United States Magistrate Judge