**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

D.B., et al.,

Plaintiffs,

v.

BELLESA ENTERPRISES US INC., et al.,

Defendants.

No 2:25-cv-05099-JAK (MARx)

**ORDER RE MOTION TO DISMISS (DKT. 20)**

In light of the filing of the First Amended Complaint (Dkt. 25) and the Motion to Dismiss the First Amended Complaint (Dkt. 30), the pending Motion to Dismiss the Complaint (Dkt. 20) is deemed **MOOT**. The hearing currently set for October 20, 2025, is taken off calendar. No appearance by counsel is required.

**IT IS SO ORDERED.**

Date: September 11, 2025

John A. Kronstadt
United States District Judge