**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| D.B., et al.,<br>Plaintiffs,<br>v.<br>BELLESA ENTERPRISES US, INC., et al.,<br>Defendants. | No. 2:25-cv-05099-JAK (MARx)<br>**ORDER RE JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE (DKT. 33)** |

Based on a review of the Joint Stipulation to Modify Briefing Schedule (the "Stipulation" (Dkt. 33)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

Plaintiffs shall file their Opposition to Defendants' Motion to Dismiss (the "Motion" (Dkt. 30) on or before October 14, 2025. Defendants shall file their Reply in support of the Motion by November 4, 2025.

**IT IS SO ORDERED.**

Dated: September 16, 2025

John A. Kronstadt
United States District Judge