UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-05099-JAK-MARx | Date | 12/08/2025 |
| Title | D.B. et al. v. Bellesa Enterprises US, Inc. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| M. Lindaya | Deborah Parker (Zoom) |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Sonjay Singh | Christopher Lisy<br>Nadia Zivkov |

**Proceedings:** **MOTION TO DISMISS (DKT. 30)**

The hearing on Defendants' Motion to Dismiss (Dkt. 30 ("Motion")) is held. The Court states its tentative view that it is inclined to grant in part and deny in part the Motion. The Court also states tentatively that leave to amend should be granted. Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

The Court asks the parties whether it would be productive to meet and confer about the role of Defendant Bellesa Enterprises US, Inc. ("Enterprises") in this litigation and to exchange information concerning Enterprises. The parties agree it would be productive, and agree to meet and confer. The parties shall file a status report on their efforts by December 15, 2025.

**IT IS SO ORDERED.**

: 53

Initials of Preparer mal