**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

D.B., et al.,

Plaintiffs,

v.

BELLESA ENTERPRISES US, INC., et al.,

Defendants.

No. 2:25-cv-05099-JAK (MARx)

**ORDER DISMISSING WITHOUT PREJUDICE CLAIMS AGAINST BELLESA ENTERPRISES US, INC.**

In the Joint Status Report filed by the parties on February 13, 2026, Plaintiffs state that they seek to dismiss voluntarily, and without prejudice, their claims against Bellesa Enterprises US, Inc. Dkt. 50 at 2. They state that they have decided to do so based on the review of certain discovery materials, and to streamline this litigation. *Id.* Filed with the Report was a corresponding, proposed order that would dismiss those claims under those terms. Dkt. 50-1. Because there is sufficient good cause for Plaintiffs' request, it is **GRANTED**. Accordingly, at the request of Plaintiffs, their claims against Bellesa Enterprises US, Inc. are **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: February 13, 2026

John A. Kronstadt
United States District Judge