Sonjay C. Singh (admitted *Pro Hac Vice*)
ssingh@sirillp.com
**SIRI & GLIMSTAD LLP**
400 East Pratt Street
8th Floor - #16946751
Baltimore, MD 21202
Telephone: (212) 532-1091

*Attorneys for Plaintiffs*

[*Additional Counsel on Signature Blocks*]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| D.B. and B.S., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>BELLESA ENTERPRISES US, INC., and BELLESA PRODUCTIONS INC.,<br><br>Defendants. | Case No. 2:25-cv-05099-JAK-MAR<br><br>**JOINT STIPULATION TO MODIFY ORDER SETTING PRETRIAL DEADLINES**<br><br>Assigned to the Hon. John A. Kronstadt |

This joint stipulation is made by and between Plaintiffs D.B. and B.S. ("Plaintiffs") and Defendant Bellesa Productions Inc. ("Defendant") (collectively, the "Parties"), through their respective counsel, and with reference to and in contemplation of the following facts and circumstances:

WHEREAS, on November 17, 2025, the Court issued an Order Setting Pretrial Deadlines, which set the schedule governing pretrial deadlines in this action. (ECF No. 42.)

WHEREAS, Defendant's motion to dismiss this action in its entirety remains pending, and the outcome of that motion may affect the scope of the case and the claims at issue. (ECF No. 30.)

WHEREAS, Plaintiffs' deadline to file their Motion for Class Certification is July 13, 2026.

WHEREAS, on July 3, 2006, Plaintiffs served written discovery on Defendant, and on July 8, 2026, Defendant served written discovery on Plaintiffs, and the Parties have since met and conferred regarding that discovery.

WHEREAS, the Parties have met and conferred regarding the existing pretrial schedule and, subject to the Court's approval, have agreed to request the following modifications and related scheduling provisions:

1. The deadline for Plaintiffs to file a Motion for Class Certification shall be continued from July 13, 2026 to ninety (90) days after the Court rules on ECF No. 30. Because the current opposition, reply, and hearing dates for Plaintiffs' motion for class certification are tied to the current filing deadline, the Parties also request these deadlines and dates be continued and reset in accordance with the schedule that would ordinarily apply after Plaintiffs file their motion, or as otherwise ordered by the Court.
2. The Non-Expert Discovery Cut-Off shall be continued from January 11, 2027 to one hundred twenty (120) days after the Court rules on Plaintiffs' Motion for Class Certification.

3. Other than the class certification briefing and hearing deadlines addressed above and the Non-Expert Discovery Cut-Off, the Parties do not seek at this time to vacate or modify any other deadlines set forth in the Court's Order Setting Pretrial Deadlines.

4. The Parties also respectfully request that, after the Court rules on ECF No. 30, the Parties be permitted to request a status conference, or to submit a further stipulation or application, to address the status of the case, if necessary in light of that ruling.

WHEREAS, this is the Parties' first request to modify the pretrial deadlines.

WHEREAS, Defendant does not waive, and expressly reserves, all rights, defenses, objections, and arguments concerning class certification, the pleadings, the merits, jurisdiction, discovery, the scope and proportionality of any discovery, and the timing of any discovery. Nothing in this stipulation, the Parties' exchange of written discovery, or the Parties' conferral concerning written discovery constitutes an admission or agreement by Defendant that class certification discovery, merits discovery, or any other discovery is appropriate, necessary, relevant, proportional, or warranted at this time, or that Plaintiffs are entitled to class certification or to any discovery in support of class certification.

**IT IS HEREBY STIPULATED AND AGREED THAT:**

1. The Parties respectfully request that the Court modify the deadline for Plaintiffs to file their Motion for Class Certification, continue and reset the related opposition, reply, and hearing dates for that motion, and modify the Non-Expert Discovery Cut-Off as set forth above. The Parties further request that, after the Court rules on ECF No. 30, they be permitted to request a status conference, or to submit a further stipulation or application, to address the status of the case, if necessary in light of that ruling.

2. By entering into this Stipulation, the Parties do not waive, and specifically preserve, any and all claims and defenses they have available under the Federal Rules of Civil Procedure and any other applicable rules or law.

Dated: July 10, 2026

Respectfully submitted,

By: */s/ Sonjay C. Singh*

SIRI & GLIMSTAD LLP
Sonjay C. Singh (admitted P*ro Hac Vice*)
400 East Pratt Street
8th Floor - #16946751
Baltimore, MD 21202
Telephone: (212) 532-1091
ssingh@sirillp.com

Tammana Malik
700 S Flower Street, Suite 1000
Los Angeles, CA 90017
(213) 433-3667
tmalik@sirillp.com

SROURIAN LAW FIRM, P.C.
Daniel Srourian
468 N. Camden Dr., Suite 200
Beverly Hills, California 90210
(213) 474-3800
daniel@slfla.com

*Attorneys for Plaintiffs,*
D.B. and B.S.

By: */s/ Christopher A. Lisy*

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
Nada I. Shamonki
Nadia A. Zivkov
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
nishamonki@mintz.com
nazivkov@mintz.com

Christopher A. Lisy (admitted P*ro Hac Vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
CALisy@mintz.com

*Attorneys for Defendant*
BELLESA PRODUCTIONS INC.

## **ATTESTATION AND CERTIFICATE OF SERVICE**

I attest that, for each signatory of this document other than myself, that person concurs in the filing's content and authorizes application of an electronic signature in lieu of a signature on the document. I certify that counsel of record who are deemed to have consented to electronic service are being served on July 10, 2026 with a copy of this document via the Court's CM/ECF per Local Rule 135(a).

*/s/ Sonjay C. Singh*
Sonjay C. Singh